**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-7229**

_____

UNITED STATES OF AMERICA,

                 Plaintiff - Appellee,

      v.

MALCOLM EUGENE GOLSON,

                 Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Robert G. Doumar, Senior
District Judge.  (2:01-cr-00047-RGD-1)

_____

Submitted:  November 13, 2008     Decided:  November 21, 2008

_____

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Malcolm Eugene Golson, Appellant Pro Se.  Laura Pellatiro
Tayman, Assistant United States Attorney, Newport News,
Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malcolm Eugene Golson appeals a district court order denying his motion filed pursuant to 18 U.S.C. § 3582 (2006). We have reviewed the record and the district court's order and find no error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Golson, No. 2:01-cr-00047-RGD (E.D. Va. June 17, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED